UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 32184
   AUGUSTUS WILSON JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-4500
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/30/2004 and was confirmed 11/03/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  74.13% from remaining funds.

      The case was paid in full 09/11/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | SECURED NOT I | 28878.46 | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | UNSECURED | 5217.73 | .00 | 3867.96 |
| GENERAL MOTORS ACCEPTANC | SECURED NOT I | 18517.19 | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | UNSECURED | 1941.32 | .00 | 1439.12 |
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL CONSUMER CARD | UNSECURED | NOT FILED | .00 | .00 |
| GE CONSUMER FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3492.65 | .00 | 2589.14 |
| HOUSEHOLD BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 985.39 | .00 | 730.45 |
| ECAST SETTLEMENT CORP | UNSECURED OTH | 8853.07 | .00 | 6562.87 |
| WAL MART STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| LEDFORD & WU | DEBTOR ATTY | 2,194.00 | | 2,194.00 |
| TOM VAUGHN | TRUSTEE | | | 976.46 |
| DEBTOR REFUND | REFUND | | | 201.00 |

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 18,561.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 15,189.54 |
| ADMINISTRATIVE | | 2,194.00 |
| TRUSTEE COMPENSATION | | 976.46 |
| DEBTOR REFUND | | 201.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 32184 AUGUSTUS WILSON JR

```
                         ---------------      ---------------
TOTALS                        18,561.00            18,561.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 12/27/07

                     /s/ Tom Vaughn
                     _____
                     TOM VAUGHN
                     CHAPTER 13 TRUSTEE

```